Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Philipp Plein Americas, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PHILIPP PLEIN AMERICAS, INC., <br><br> *Plaintiff* <br><br> v. <br><br> BAIZHISE, BOCAIG, CHENKAI54632, DARLING991, DIANZURUI, EVERBUYING, FGWWHIDLR, GANSHANGQIUDI, GENGYANCONGSHOP, H1TY5J45T, JINJUN0845, JOLRGVJJTBHIOTHDTNGY, LAPYC33SHOP, LEIXIANG, LI LING 123456, LIBIN8851, LIQIYINTING, LVJIE84610, LZYLKAJSHDJASF, MXCAKJSGHDASFF, QIAOZE, QZSAJSGDAYSFF, RONGHUAHUACAOSHIJIE, TGYHG, THERRYING BABY'S, TTWYAVUJX, UTYOE37F, WAXAPNHAY, XIEMINGXIAE, YIZNIAJAJ and YUMOTIANYU, <br><br> *Defendants* | 24-cv-5197 (JSR) <br><br><br> [PROPOSED] UNSEALING ORDER |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 22nd day of July, 2024, at 4:35 p..m.
New York, New York

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

2